```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT MECEA,

                Plaintiff,

        -against-

NEW YORK CIVIL SERVICE EMPLOYEES
PUBLISHING CO., INC.,

                Defendant.

1:22-cv-03223-MKV

ORDER

---

**MARY KAY VYSKOCIL, United States District Judge:**

Plaintiff initiated this action by filing a complaint on April 20, 2022. [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on April 22, 2022. [ECF No. 7]. According to that summons, Defendant's responses to the complaint were due May 13, 2022. No responses were filed, and Plaintiff has not prosecuted this case to date.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by June 27, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by that date may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date: May 26, 2022**
**New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**