```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MECEA,

                Plaintiff,

-against-

NEW YORK CIVIL SERVICE EMPLOYEES
PUBLISHING CO., INC.,

                Defendant.

1:22-cv-3223-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff initiated this action by filing a complaint on April 20, 2022. [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on April 22, 2022. [ECF No. 7]. According to that summons, Defendant's response to the complaint was due May 13, 2022. [ECF No. 7].

      After Defendant failed to timely answer or otherwise respond to the Complaint, the Court ordered that any motion for entry of a default judgment be filed by June 27, 2022. [ECF No. 8]. Plaintiff was admonished that "[f]ailure to move for a default judgment by that date may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure." [ECF No. 6].

      To date, no responses have been filed and Plaintiff has not prosecuted this case. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by July 13, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date:  June 28, 2022**
      **New York, NY**

                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**